IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:13-CR-118-BLW |
| v. | **WRIT OF EXECUTION** |
| ADRIAN RAND ROBISON, | |
| Defendant. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for writ of execution (docket no. 45) is GRANTED.

**TO THE UNITED STATES MARSHAL:**

On October 24, 2013, a judgment was entered in the United States District Court for the District of Idaho in favor of the United States of America, Plaintiff, and against the Defendant, Adrian Rand Robison, Rigby, Idaho, 83442, in the sum of $1,391,734.00. There is a total amount owing of $1,391,025.33 as of the date of this Writ.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on all property in which Defendant has a substantial

Writ of Execution - 1

nonexempt interest, and by executing upon the property described in Exhibit A attached, and, if necessary, to enter the Defendant's residence or any other residence, property or building to perform the levy.

   YOU ARE ALSO COMMANDED to collect a 10% surcharge for your costs pursuant to 28 U.S.C. § 3011 and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

   YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

DATED: September 30, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

Exhibit A
Sage Financial
Sage Point Financial
2800 N. Central Avenue, #2100 Phoenix, AZ 85004
866-462-4432

Retirement Account/Stock Account For:
ADRIAN RAND ROBISON
XXX-XX:-2470

Estimated Value
$900,000.00

Writ of Execution - 3